IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-2264-WYD-MEH

DALLAS BUYERS CLUB, LLC

      Plaintiff,

v.

JOHN DOE 1,
JOHN DOE 3,
JOHN DOE 4,
JOHN DOE 6,
JOHN DOE 7,
JOHN DOE 8,
JOHN DOE 9,
JOHN DOE 10,
JOHN DOE 11,
JOHN DOE 12,

      Defendants.

---

## ORDER DISMISSING PARTY WITH PREJUDICE

---

THIS MATTER is before the Court on Plaintiff's Notice of Voluntary Dismissal

With Prejudice of Defendant John Doe 12 (ECF No. 16), filed on January 4, 2016.  After

careful review of the file, the Court concludes that pursuant to Rule 41(a)(1)(A)(i) of the

Federal Rules of Civil Procedure, Defendant, John Doe 12, shall be **DISMISSED WITH**

**PREJUDICE** from this action.  Accordingly, it is

      ORDERED that Defendant, John Doe 12, is **DISMISSED WITH PREJUDICE**

from this action.  It is

      FURTHER ORDERED that the Clerk of the Court shall amend the case caption

to reflect the dismissal of John Doe 12.

Dated: January 5, 2016.

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge