IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-2264-WYD-MEH

DALLAS BUYERS CLUB, LLC

      Plaintiff,

v.

JOHN DOE 1,
JOHN DOE 3,
JOHN DOE 4,
JOHN DOE 6,
JOHN DOE 7,
JOHN DOE 8,
JOHN DOE 9,
JOHN DOE 10,
JOHN DOE 11,

      Defendants.

---

### ORDER DISMISSING PARTY WITHOUT PREJUDICE

---

THIS MATTER is before the Court on Plaintiff's Notice of Voluntary Dismissal

Without Prejudice of Defendant John Doe 9 (ECF No. 18), filed on January 15, 2016.

After careful review of the file, the Court concludes that pursuant to Rule 41(a)(1)(A)(i)

of the Federal Rules of Civil Procedure, Defendant, John Doe 9, shall be **DISMISSED**

**WITHOUT PREJUDICE** from this action.  Accordingly, it is

      ORDERED that Defendant, John Doe 9, is **DISMISSED WITHOUT PREJUDICE**

from this action.  It is

      FURTHER ORDERED that the Clerk of the Court shall amend the case caption

to reflect the dismissal of John Doe 9.

Dated: January 19, 2016.

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge