IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-2264-WYD-MEH

DALLAS BUYERS CLUB, LLC

    Plaintiff,

v.

JOHN DOE 1,
JOHN DOE 3,
JOHN DOE 4,
JOHN DOE 6,
JOHN DOE 7,
JOHN DOE 8,
JOHN DOE 10,
JOHN DOE 11,

    Defendants.

---

### ORDER DISMISSING PARTY WITHOUT PREJUDICE

---

THIS MATTER is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Defendants John Does 1, 6, 7, 8, 10, and 11 (ECF No. 26), filed on March 28, 2016.  After careful review of the file, the Court concludes that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Defendants John Does 1, 6, 7, 8, 10, and 11 shall be **DISMISSED WITHOUT PREJUDICE** from this action. Accordingly, it is

ORDERED that Defendants John Does 1, 6, 7, 8, 10, and 11 are **DISMISSED WITHOUT PREJUDICE** from this action.  It is

FURTHER ORDERED that the Clerk of the Court shall amend the case caption to reflect the dismissal of John Does 1, 6, 7, 8, 10, and 11.

Dated: March 29, 2016.

                                BY THE COURT:

                                <u>s/ Wiley Y. Daniel</u>
                                Wiley Y. Daniel
                                Senior United States District Judge