**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:15-cv-02264-WYD-MEH

DALLAS BUYERS CLUB, LLC,

a Texas Limited Liability Company,

       Plaintiff,

v.

BILL R. KINDERMAN, previously identified as John Doe 4,

       Defendant.

**MOTION FOR ENTRY OF DEFAULT**

Pursuant to Fed. R. Civ. P. 55(a), Plaintiff Dallas Buyers Club, LLC, through its undersigned counsel, requests that the Clerk of Court enter default against Defendant Bill R. Kinderman. In support of this request, the Plaintiff relies upon the record in this case and the supporting affidavit attached hereto as Exhibit 1, which incorporates a declaration concerning the

Defendant's military status pursuant to the requirements of the Servicemembers Civil Relief Act.

DATED this 6th day of May, 2016.

Respectfully submitted,

/s/ *David J. Stephenson, Jr.*
David J. Stephenson, Jr.
2801 Youngfield St., Suite 300
Golden, Colorado 80401
Telephone: (303) 726-2259
Facsimile: (303) 362-5679
david.thunderlaw@gmail.com
Attorney for the Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties who have agreed to accept service through this system and by mailing a copy of the foregoing document, postage prepaid, by first class mail to the last known address of the Defendant, as shown below:

Bill R. Kinderman
401 N. Timberline Rd.
Lot 166
Fort Collins, CO 80524

By: /s/ *David J. Stephenson, Jr.*